# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC32 | 9097358 | OPC PENA | 5059 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR  ☒ USC  ☐ State Code |
|---|---|
| 11/04/2020 1308HRS | 18 USC 13 |

Place of Offense: MCLB BARSTOW YERMO ANNEX MARKED AT POST 3-3

Offense Description: Factual Basis for Charge   HAZMAT ☐

PC 25850(a)

CARRYING A LOADED FIREARM

### DEFENDANT INFORMATION

Last Name: LINCOLN
First Name: BRANDON
MI: M

[Defendant address redacted]

| 2X5605 | OK | 17 | Peterbilt | BLK |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: _____    Date: _____    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9097358*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04 NOV 2020 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

I WAS ASSIGNED TO POST 3-3, YERMO BASE, MCLB BARSTOW. AT APPROXIMATELY 1308 HOURS, WHILE CONDUCTING A COMMERCIAL VEHICLE INSPECTION, I DISCOVERED A LOADED FIREARM INSIDE THE CAB OF A COMERCIAL VEHICLE, HIDDEN IN A BOX OF SODA. THE DRIVER WAS IDENTIFIED AS BRANDON LINCOLN VIA HIS OK DL #P084053746. BRANDON LINCOLN DID NOT DISCLOSE THE FIREARM BEFORE ATTEMPTING TO ENTER THE INSTALLATION AND WAS CONFIRMED AS THE OWNER OF THE CONCEALED LOADED FIREARM. BRANDON LINCOLN WAS ARRESTED AND CITED FOR 18 USC 13, CA PC 25850(a) - CARRYING A CONCEALD LOADED FIREARM.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/04/2020   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/24/2020 8:14